# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00210-CV

**In re Hays County, Texas; The Honorable Liz Sumter; Beatrice "Dee Dee" Baen; and Mark Chambers**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators Hays County, Texas; The Honorable Liz Sumter; Beatrice "Dee Dee" Baen; and Mark Chambers and Real Party in Interest William D. Montague, Jr. have filed a joint motion to dismiss relators' petition for writ of mandamus, informing this Court that they have settled the underlying dispute. We grant the motion and dismiss the petition.

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed: May 14, 2010